**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Troy Anderson, | Civil No. 19-1096 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Johnson & Toure, et al., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 26, 2019. (Doc. No. 8.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leung's June 26, 2019 Report and Recommendation (Doc. No. [8]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 20, 2019      s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge